UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LC TECHNOLOGY INTERNATIONAL, INC.,**

      **Plaintiff,**

v.                                                             Case No:  6:16-cv-1071-Orl-41DAB

**DOORSTEP DELIVERY.NET, INC.,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court upon periodic review. Plaintiff failed to comply with the Court's Orders directing Plaintiff to file a Certificate of Interested Persons and Corporate Disclosure Statement (Doc. 4), and to certify compliance with Local Rule 1.04(d) (Doc. 3). Accordingly, it is **ORDERED** that Plaintiff shall file a response to said Orders on or before July 27, 2016.  Failure to comply may result in the imposition of sanctions, including dismissal, without further notice.

**DONE** and **ORDERED** in Orlando, Florida, on July 13, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record