**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | | |
|---|---|---|
| **LC TECHNOLOGY INTERNATIONAL, INC.,** individually and as the representative of a class of similarly-situated persons, | ) ) ) | Civil Action No.: 6:16-cv-1071-Orl-41DAB |
| | ) | |
| Plaintiff, | ) ) | **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE** |
| v. | ) | **DISCLOSURE STATEMENT** |
| | ) | |
| **DOORSTEP DELIVERY.NET, INC.**, a Florida Corporation, | ) ) | |
| | ) | |
| Defendant. | ) ) | |
| | ) | |

Plaintiff LC Technology International, Inc., through counsel, hereby discloses the following pursuant to this Court's interested persons order:

1.      the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Woodrow & Peluso, LLC (counsel for Plaintiff and the Class).

- Law Offices of Stefan Coleman, P.A. (counsel for Plaintiff and the Class).

2.      the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

        None.

3.      the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

        None.

4.      the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Plaintiff LC Technology International, Inc.

• All members of the alleged Class.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

**LC Technology International, Inc.** individually and on behalf of classes of similarly situated individuals,

Dated: July 18, 2016

By:  /s/ Stefan Coleman
        One of Plaintiff's Attorneys

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: 720-213-0675
Fax: 303-927-0809

Stefan Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S Biscayne Blvd, 28th Floor
Miami, Florida 33131
Tel: 877.333.9427
Fax: 888.498.8946

* *pro hac vice pending*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above papers were served on all counsel of record by filing such papers with the Court's electronic filing system on July 18, 2016.

/s/ Stefan Coleman