IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **LC TECHNOLOGY INTERNATIONAL, INC.,** individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br>v.<br><br>**DOORSTEP DELIVERY.NET, INC.**, a Florida Corporation,<br><br>Defendant. | Case No.: 6:16-cv-01071-CEM-DAB<br><br>CLASS ACTION |

**Motion for Admission Pro Hac Vice, and Written Designation and Consent to Act**

In accordance with Local Rule 2.02, Plaintiff LC Technology International, Inc. ("Plaintiff" or "LC"), through its counsel, moves this Court for an Order allowing Steven L. Woodrow to appear in this Court as co-counsel on behalf of Plaintiff and the alleged class in the above-captioned lawsuit. In support of the Motion, Plaintiff says:

1. Steven L. Woodrow, a partner of the law firm Woodrow & Peluso, LLC, has been retained to represent Plaintiff and the putative Class in all proceedings conducted in this case.

2. Steven L. Woodrow is a member in good standing and admitted to practice law in the States of Colorado and Illinois, as well as in the United States District Courts for the District of Colorado, the District of New Mexico, the Northern District of Illinois, the Eastern and Western Districts of Michigan, and the Western District

of Wisconsin. Mr. Woodrow is also admitted to practice before the United States Courts of Appeals for the Seventh and Ninth Circuits.

3. Mr. Woodrow is familiar with, and will be governed by, the Local Rules of this Court as well as the Code of Professional Responsibility and the other ethical limitations and requirements governing the professional behavior of attorneys in Florida.

4. Mr. Woodrow designates Stefan Coleman as the lawyer upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys. Through his signature below, Stefan Coleman consents to such designation.

5. Pursuant to Local Rule 2.02(a), Stefan Coleman certifies that Mr. Woodrow will comply with the fee and e-mail registration requirements of Local Rule 2.01(d).

6. Pursuant to Local Rule 2.02(a), Mr. Woodrow certifies that he has not appeared in courts in Florida to such a degree as to constitute the maintenance of a regular practice of law in Florida.

WHEREFORE, Plaintiff respectfully requests this Court to enter an Order admitting Steven L. Woodrow to practice before this Court pro hac vice.

## **COMPLIANCE CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned has conferred with counsel for Defendant. Defendant's counsel indicated that Defendant does not oppose this Motion.

Dated: September 23, 2016                              Respectfully submitted,

2

**LC Technology International, Inc.**, individually and as the representative of a class of similarly-situated persons.

By:      /s/ Stefan Coleman

Stefan Coleman
Florida Bar no. 0030188
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 South Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Tel: 877.333.9427
Fax: 888.498.8946

Steven L. Woodrow*
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, CO 80210
Phone: (720) 213-0675
Email: swoodrow@woodrowpeluso.com


*Motion for admission *pro hac vice* to be filed

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on September 23, 2016, I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system, which will send copies of such paper to all counsel of record.

                /s/ Stefan Coleman