UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LC TECHNOLOGY INTERNATIONAL, INC.,**

       **Plaintiff,**

**v.**                                                                 **Case No:  6:16-cv-1071-Orl-41DCI**

**DOORSTEP DELIVERY.NET, INC.,**

       **Defendant.**

                              /

## ORDER

THIS CAUSE is before the Court on the Stipulation of Dismissal (Doc. 18), which indicates that the parties agree to dismissal of this case without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 31, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record